SECURITIES AND EXCHANGE
COMMISSION, Appellee,

v.

Sheldon MOSS, Individually and d/b/a
Television Marketing; Correlated
Equities Corporation, Appellants,

and

National Executive Planners, Inc., Dan
King Brainard, Roy Heybrock, William
H. Cain, Richard O. White, Barry Eugene Weed, Defendants.

No. 79–1813.

United States Court of Appeals,
Fourth Circuit.

Sept. 28, 1981.

## ORDER

The appellants' petition for rehearing and suggestion for rehearing en banc has been submitted to the court. A poll of the court was made, but the poll failed for lack of majority support.

The panel considered the petition for rehearing and is of the opinion that it should be denied, 644 F.2d 313 (4th Cir.).

It is ADJUDGED and ORDERED that the petition for rehearing and suggestion for rehearing en banc are denied.

Entered at the direction of Judge Hall with the concurrence of Judge Ingraham. Judge Murnaghan and Judge Ervin voted in favor of granting the petition for rehearing and in favor of allowing the motion for rehearing en banc.